**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-CV-00257-GAF |
| | ) | |
| KC WILLOW CREEK, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS KC WILLOW CREEK, LLC AND**
**LANDMARK REALTY OF MISSOURI, LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COME NOW defendants KC Willow Creek, LLC ("Willow Creek") and Landmark Realty of Missouri, LLC ("Landmark") (collectively, "Movants"), by and through counsel, pursuant to Fed. R. Civ. P. 12(b)(1), and move to dismiss plaintiff James River Insurance Company's "Complaint for Declaratory Judgment" (Doc. #1). Pursuant to Local Rule 7.0(a), Movants' suggestions in support of the present motion are filed separately. (Doc. #12)

/s/ John J. Gates
John J. Gates          MO #51280
Molly B. Westering    MO #54682
GATES WESTERING, LLC
701 East 63rd Street, Suite 350
Kansas City, MO 64110
Phone: (816) 448-8530
Fax:    (816) 448-8529
Email: john@gateswestering.com
            molly@gateswestering.com
ATTORNEYS FOR DEFENDANTS
KC WILLOW CREEK, LLC and
LANDMARK REALTY OF MISSOURI,
LLC

## <u>Certificate of Service</u>

I hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record via the Court's e-filing system on this 27th day of May, 2025.

*/s/ John J. Gates*          
Attorney for Defendants
